UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV-16-6312-MWF                                **Date:**  August 31, 2016
             CV-16-5739-MWF

Title:      Holy Hill Community Church et al. -*v*- Yuval Bar Zemer
            In Re: Holy Hill Community Church

Present:    The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

            Deputy Clerk:                           Court Reporter:
            Rita Sanchez                            Not Reported

            Attorneys Present for Plaintiff:        Attorneys Present for Defendant:
            None Present                            None Present

**Proceedings (In Chambers):**   ORDER CONSOLIDATING APPEALS FROM THE BANKRUPTCY COURT

    Before the Court is an appeal (Case No. CV-16-6312-MWF) by Appellant Richard J. Laski regarding an adversary proceeding in the United States Bankruptcy Court for the Central District of California (Case No. 2:15-ap-1467-WB).

    Because this appeal is interrelated with two other appeals before the Court regarding the same adversary proceeding, judicial resources would be wasted if this appeal were to be heard separately.  Therefore, Case No. CV-16-6312-MWF is hereby **CONSOLIDATED** under the lower-numbered action in Case No. CV-16-5739-MWF. Case No. CV-16-6312-MWF shall be administratively **CLOSED**.

    The briefs shall be filed in Case No. CV-16-5739-MWF and conform to the requirements set forth in the Federal Rules of Bankruptcy Procedure 8014 through 8018.  The briefing schedule shall be based on the docketing of the Notice of Appeal in Case No. CV-16-6312-MWF on August 23, 2016.

    IT IS SO ORDERED.